UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THOMAS FONTANINI (1),<br><br>Defendant | Case No.: 03-CR-208(1)-BEN<br><br>**ORDER MODIFYING THE JUDGMENT PURSUANT TO RULE 35** |

## ORDER

GOOD CAUSE APPEARING, is hereby ordered that, in the case of the United States v. John Thomas Fontanini (Case No. 03-CR-0208-IEG), defendant John Fontanini's motion to reduce restitution to reduce restitution be granted and the previous order be modified to read as follows:

**IT IS HEARBY ORDERED** that the Defendant's previously ordered restitution of three and sixty thousand dollars ($360,000.00), be reduced to a total liability of zero dollars ($0.00). Mr. Fontanini's individual and personal liability to Microsoft Corporation is capped at zero dollars ($0.00). The defendant shall notify the Clerk of the Court and the United States Attorney's Office that all restitution has been paid.

IT IS SO ORDERED

DATE: 4/21/2021

ROGER T. BENITEZ
United States District Judge

ORDER MODIFYING THE JUDGMENT PURSUANT TO RULE 35 - 1